### BATE REFRIGERATING Co. *v.* HAMMOND *et al.*

*(Circuit Court, D. Massachusetts.* September 24, 1887.

In Equity. Rescript.

COLT, J. The questions raised under the stipulation in this case having recently been decided by Mr. Justice BRADLEY, in favor of the defendants in a suit by this complainant against Gillett and others, (31 Fed. Rep. 809,) in the circuit court for the District of New Jersey, and both parties desiring to appeal the case to the next term of the supreme court, a decree may be entered sustaining defendants' plea, and dismissing the bill.